IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICARDO RODRIGUEZ,              )
                                )
            Plaintiff.          )
                                )
        v.                      )        1:25CV108
                                )
ALSCO UNIFORMS,                 )
                                )
            Defendant.          )

## JUDGMENT

For the reasons set forth in the Memorandum Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.


                              /s/   Thomas D. Schroeder
                              United States District Judge

June 23, 2025